No. 1,716.—WALSH, Respondent, *v.* KLEINSCHMIDT & BROTHER, Consolidated, Appellants.

*Appeal from District Court, Lewis and Clarke County; J. M. Clements, Judge.*

Decided November 23, 1903.

Per Curiam.—It is ordered and adjudged that the judgment of the court below made and entered on the 3d day of April,

A. D. 1901, and the order made and entered on the 23d day of July, A. D. 1901, be and the same are hereby affirmed at the cost of appellants.

Mr. E. A. Carleton, for Appellants.

Mr. Carl Rasch, for Respondent.